IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC LONNIE NEILL,<br><br>    Defendant and Judgment Debtor.<br><br>CAPITAL ONE 360, A DIVISION OF CAPITAL ONE, N.A.,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Case No.: 1:16-MC-00001-EPG<br><br>**ORDER TERMINATING WRIT OF GARNISHMENT (INVESTMENT/RETIREMENT ACCOUNTS**)<br><br>Criminal Case No. 2:01CR00501-LKK |

The Court, having reviewed the court files and the United States' Application for Order Terminating Writ of Garnishment for Investment/Retirement Accounts (the "Application") (ECF No. 8), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Eric Lonnie Neill is hereby TERMINATED pursuant to 28 U.S.C. § 3205(c)(10)(B) and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated:  **March 9, 2016**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE